## Commonwealth *v.* Schaum, Appellant.

Argued November 15, 1973. *Clarence A. Crumrine,* with him *Mc-Creight, Marriner and McCreight,* for appellant; *George E. Anthou,* Assistant District Attorney, with him *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Singleton, Appellant.

Argued September 14, 1973. *Charles J. King, Jr.,* with him *Rogers, Smith & King,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.